IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIBAL FUSION INC., | |
| Plaintiff, | No. C 04-05184 JSW |
| v. | **ORDER VACATING HEARING DATE** |
| CLICK HERE, INC. d/b/a RICHARDS INTERACTIVE, *et al.*, | |
| Defendants. | |

The motions by defendants Click Here, Inc. and True Beginnings, LLC to dismiss, abate or transfer are currently set for hearing on Friday, May 20, 2005 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for May 20, 2005 is VACATED. The Court FURTHER ORDERS that the Case Management Conference scheduled for May 20, 2005 at 1:30 p.m. is also VACATED.

**IT IS SO ORDERED.**

Dated: May 18, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE