Lee Hagelshaw (Cal. Bar No. 99742)
350 Townsend Street, Suite 406
San Francisco, Ca 94107
Tel: 415-615-9300
Fax: 360-287-9922
Email: law@hagelshaw.com

Attorney for Plaintiff
TRIBAL FUSION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIBAL FUSION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CLICK HERE, INC., d/b/a RICHARDS INTERACTIVE; THE RICHARDS GROUP, INC.; TRUE BEGINNINGS, LLC, d/b/a TRUE; and DOES 1 through 25, inclusive., <br><br> Defendants. | CASE NO. C 04-05184 JSW <br><br> STIPULATION AND ORDER FOR DISMISSAL OF CASE WITHOUT PREJUDICE |

### STIPULATION FOR DISMISSAL OF CASE WITHOUT PREJUDICE

WHEREAS, Plaintiff Tribal Fusion, Inc. ("Tribal Fusion") and Defendant True Beginnings, LLC ("True") have entered into a Settlement Agreement and Release ("Settlement Agreement") dated August 30, 2005, the parties agree, consent, and stipulate as follows:

1. It is hereby stipulated by and between the parties through their respective counsel that this action be dismissed, without prejudice to plaintiff to refile the claims against any and all defendants.

STIPULATION AND ORDER FOR DISMISSAL OF CASE WITHOUT PREJUDICE    1

. CASE NO. C 04-05184 JSW

2. Any refiling by Tribal Fusion of the claims dismissed herein may be made in the U.S. District Court for the Northern District of California, and all defendants hereby consent to the jurisdiction of such court and stipulate that venue would be proper in such court.

3. Each party agrees to bear all its own costs and attorneys' fees in this matter.

4. All the parties hereby jointly request that the Court dismiss the entire action, without prejudice, as requested herein.

DATED: September 19, 2005

By: /S/ Lee Hagelshaw
LEE HAGELSHAW
Attorney for Plaintiff,
TRIBAL FUSION, INC.

PIVO, HALBREICH, MARTIN WILSON & AMO, L.L.P

DATED: September 19, 2005

By: /S/ Eva Halbreich
EVA S. HALBREICH
Attorneys for Defendant,
TRUE BEGINNINGS, LLC

LACKEY HERSHMAN, L.L.P

DATED: September 19, 2005

By: /S/ Jamie R. Welton
JAMIE R. WELTON
Attorneys for Defendants, CLICK HERE, INC.,
and THE RICHARDS GROUP, INC.

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

DATED: September 20, 2005        By:   /S/ Sophie N. Froelich
                                       SOPHIE N. FROELICH
                                       Attorneys for Defendants, CLICK HERE, INC.,
                                       and THE RICHARDS GROUP, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: September 20, 2005        /S/  Lee Hagelshaw
                                 LEE HAGELSHAW
                                 Attorney for Plaintiff
                                 TRIBAL FUSION, INC.

## ORDER FOR DISMISSAL OF CASE WITHOUT PREJUDICE

Pursuant to stipulation of the parties that this action be dismissed in its entirety, without prejudice, IT IS SO ORDERED.

Dated: September 21, 2005

_____
Hon. JEFFREY S. WHITE
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL OF CASE WITHOUT PREJUDICE   4

. CASE NO. C 04-05184 JSW